**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7574**

_____

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

THOMAS NELSON CONNOR,

                Defendant – Appellant.


_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Richard L.
Voorhees, District Judge.  (5:01-cr-00008-RLV-9)

_____

Submitted:  April 16, 2009         Decided:  April 22, 2009

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Claire J. Rauscher, Federal Public Defender, Charlotte, North
Carolina, Matthew Segal, Assistant Federal Public Defender,
Asheville, North Carolina, for Appellant.  Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Nelson Connor appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Connor's motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. Connor, No. 5:01-cr-00008-RLV-9 (W.D.N.C. July 30, 2008). See United States v. Hood, ___ F.3d ___, 2009 WL 416979 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED